No. 163. CENTRAL OF GEORGIA RAILWAY COMPANY *v.* WILLIAM A. WRIGHT, COMPTROLLER GENERAL OF THE STATE OF GEORGIA. Restored to the docket for partial rehearing April 21, 1919. The application to file petition for rehearing is allowed and the rehearing is granted in so far as the validity of the tax in question is involved in or depends upon the charters of the Southwestern and the Muskogee Railroad and the subsequent relevant legislation. As to all other questions in the case, therefore, the request for leave to file the application for rehearing is denied and the case for rehearing, limited as above stated, is ordered restored to the docket for reargument. *Mr. A. R. Lawton* and *Mr. T. M. Cunningham, Jr.,* for plaintiff in error. *Mr. John C. Hart* and *Mr. Samuel H. Sibley* for defendant in error. See 248 U. S. 525.